FILED
CLERK, U.S. DISTRICT COURT

JUL 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FONSECA,<br><br>                    Petitioner,<br><br>vs.<br><br>JAMES E. HALL, ET AL.,<br>CORRECTIONS,<br><br>                    Respondents. | )  Case No. CV 04-5836-CJC(RC)<br>)<br>)<br>)  ORDER ADOPTING FINAL REPORT AND<br>)  RECOMMENDATION OF UNITED STATES<br>)  MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the First Amended Petition for writ of habeas corpus and dismissing the action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2   Order, the Magistrate Judge's Final Report and Recommendation and

3   Judgment by the United States mail on the petitioner.

4

5   DATED:    *July 18, 2008*

6

7                                   CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE
8

9

10
    R&Rs\04-5836.ado2
11  7/16/08

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28