FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO FONSECA,               ) Case No. CV 04-5836-CJC(RC)
                                 )
            Petitioner,          )
                                 ) JUDGMENT
vs.                              )
                                 )
JAMES E. HALL, ET AL.,           )
                                 )
            Respondents.         )
_____)

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the First Amended Petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: July 18, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&Rs\04-5836.jud
5/28/08